# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY COPLEY, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00702-RFB-CWH |
| vs. | ) | **ORDER** |
| CHARLES RATCLIFF, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' out-of-court settlement and stipulation to dismiss. (Stip. (ECF No. 33).) The court granted the parties' stipulation and ordered dismissal of this case in its entirety. (Order (ECF No. 34).) It appears that due to a clerical error, the case was not closed at that time. In light of the parties' settlement, the court will now deny all pending motions as moot and close the case.

IT IS THEREFORE ORDERED that all pending motions are DENIED as moot.

IT IS FURTHER ORDERED that the clerk of court must CLOSE this case.

DATED: January 10, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**